GERMAINE CARROLL ET AL. *v.* ROBERT TOLO ET AL.

The petition for certification by the named defendant for appeal from the Appellate Session of the Superior Court is denied.

*Robert Tolo,* pro se, in support of the petition.

*Robert E. Walsh,* in opposition.

Submitted June 12—decided July 9, 1975

ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's "Motion to Direct Referee to Hear Defendant's Motion for Support During Appeal" from the Superior Court in Hartford County is denied.

The defendant's "Motion for Support During Appeal" from the Superior Court in Hartford County is dismissed.

*Nina B. Varley,* pro se, in support of the motion.

Submitted June 30—decided July 9, 1975

MARSHALL SONN ET AL. *v.* BRISTOL PLANNING COMMISSION ET AL.

The defendants' request for an order directing the trial court to file a finding to complete the record in the appeal from the Court of Common Pleas in Hartford County is granted and the trial court is directed to file with this court a finding, such as circumstances permit, setting forth the basis for its ultimate conclusion, including any claims of law made together with its conclusions thereon.

*Richard M. Corr* and *Kenneth J. Laska,* assistant corporation counsel, in support of the motion.